SID WOLINSKY (California Bar No. 33916)
KEVIN KNESTRICK (California Bar No. 229620)
Disability Rights Advocates
2001 Center Street, Fourth Floor
Berkeley, California 94704-1204
Telephone:   (510) 665-8644
Facsimile:   (510) 665-8511
TTY:         (510) 665-8716
Email:       general@dralegal.org

LAW OFFICE OF JOHN F. WALDO (*pro hac vice pending*)
151 Finch Pl. SW Ste. C
Bainbridge Island, WA 98110
Telephone:   (206) 842-4106

Attorneys for Plaintiffs

## IN THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ASSOCIATION OF LATE-DEAFENED ADULTS, INC., LINDA DRATTELL, RICHARD RUTHERFORD, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**CINEMARK HOLDINGS, INC.**, a Delaware Corporation<br><br>Defendants. | Case No. C 11-00366 JCS<br><br>**REQUEST FOR ENTRY OF NOTICE OF VOLUNTARY DISMISSAL: [~~PROPOSED~~] ORDER** |

Plaintiffs in the above referenced action hereby request that pursuant to Fed.R.Civ.Pro. 41(a), the Court enter an order of dismissal of the above-captioned action with prejudice covering all Defendants and all causes of action in this lawsuit.

### PLAINTIFFS' RECITALS

**WHEREAS**, on November 29, 2010, Plaintiffs filed this case in Alameda Superior Court and amended the complaint on December 22, 2010 as a class action on behalf of a proposed class

of all deaf and hard of hearing individuals in California who have been denied access to Cinemark's movie theaters.

**WHEREAS,** on January 25, 2011 Defendants filed a Notice of Removal of Action in the United States District Court for the Northern District of California.

**WHEREAS,** following the filing of the Complaint the parties engaged in multiple arms-length negotiations regarding closed-captioning technologies at Cinemark's theaters.

**WHEREAS,** the parties reached a settlement during a mediation with The Honorable Ellen Sickles James, a JAMS mediator, that was memorialized in a Memorandum of Understanding (attached as Exhibit A).

**WHEREAS,** the parties agreed that there would be no release of damages and the individual plaintiffs did not receive any damages.

**WHEREAS,** Defendants have agreed to install closed-captioning equipment at every auditorium which has been converted to digital format by May 15, 2012.

**WHEREAS,** no class has yet been certified Plaintiffs' counsel is not aware of anyone who has refrained from filing his or her own complaint for injunctive relief or damages because of this case.

Plaintiffs hereby request that the Court enter the [Proposed] Order below, dismissing the case, subject to the Court retaining jurisdiction to resolve disputes as set forth in Sections 1.3 and 2.1 of the attached "Memorandum of Understanding."

DATED: April 11, 2011

_____/s/_____
Kevin Knestrick
Attorney for Plaintiffs

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

1
2                                   [Proposed] ORDER
3         Having reviewed Plaintiff's Request For Entry of Notice of Voluntary Dismissal, the
4  Court hereby dismisses with prejudice CASE NO. C-11-00366 JCS, THE ASSOCIATION OF
5  LATE-DEAFENED ADULTS, INC., LINDA DRATTELL, RICHARD RUTHERFORD, on
6  behalf of themselves and all others similarly situated v. CINEMARK HOLDINGS, INC., a
7  Delaware Corporation.
8         The Court shall retain jurisdiction to enforce the terms of the parties' Memorandum of
9  Understanding for the term of the Memorandum.
10
11  IT IS SO ORDERED
12
13
14  DATED: ___April 19___, 2011
15                                                    The Honorable Judge Joseph C. Spero



DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644